FILED
CHARLOTTE, N. C.

MAR 21 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CR 38-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| BRANDON CAUDLE | ) |
| | ) |

**THIS MATTER** is before the court upon defense counsel's motion to withdraw.

**The court finds** for the reasons stated in defense counsel's motion that defense counsel has sufficient cause for withdrawal. The court further finds that the ends of justice are served by taking such action as requested by defense counsel.

**IT IS THEREFORE ORDERED** that defense counsel's motion for withdrawal is hereby, **granted**.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

This 20th day of March, 2006.

_____
CARL HORN, III
U.S. Magistrate Judge