

Brandon Caudle <brandon.lee.caudle@gmail.com>

## New Address

**Brandon Caudle** <brandon.lee.caudle@gmail.com>  
To: chris_barber@ncwp.uscourts.gov

Tue, Oct 9, 2012 at 6:25 PM

Mr. Barber,

The new place is

435 Woodvale Pl, Charlotte, NC 28208

Thanks,

Brandon Caudle



DEFENDANT'S EXHIBIT 1