IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO.: 3:06C000038-001

UNITED STATES OF AMERICA

V.

**MEMORANDUM AND ORDER**

**Brandon Lee Caudle**

**THIS MATTER** is before the Court on the request of the U.S. Probation Office, Western District of North Carolina, in the property seized while the above defendant was under Supervised Release: (1) Memorex CD-R Disk; (1) Canon Pixma Copier Printer (Serial No.: SN10073 8001 54); (1) Box of papers; (1) Wachovia Visa Card in the name of Pamela R. Pronk (Card No.: 4828510182840116); (1) Fifth Third Visa Card; (1) CD-R Titled Dreamweaver; (1) DVD-R Disk; and (5) Credit Cards (2 Fifth Third Bank Cards; 1 Amex Card, and 2 Visa Cards) The above defendant's term of supervised release was revoked by Your Honor on 3/31/11.

**IT IS, THEREFORE ORDERED** that the Probation Office for the Western District of North Carolina, Charlotte, NC is hereby authorized to destroy the above noted seized items.

9.3.13

Date

Signature of Judicial Officer

Robert J. Conrad, Jr., U.S. District Judge